**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

In Re:

MARIBELI GARCIA RIVERA

XXX-XX-6426

Debtor(s)

Case No.:  14-09256-BKT

Chapter 13

**TRUSTEE'S OBJECTION TO CLAIM #06-1 FILED BY:
PREPA**

TO THE HONORABLE COURT:

    **NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

    1.    Creditor **PREPA** filed unsecured claim #06-1 in the amount of $1,029.29.

    2.    The Trustee hereby states his objection to the aforementioned Claim #06-1.

    3.    The Trustee objects to this claim because the name of the Debtor on this claim does not coincide with either of the names of the Debtors in this case.

    **WHEREFORE** the Trustee respectfully prays this Honorable Court that Claim #06-1 filed by Creditor **PREPA** be disallowed for the reasons herein set forth.

    NOTICE: Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless:(1) the requested relief is forbidden by law;(2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may schedule a hearing.

    **In San Juan, Puerto Rico this Friday, February 6, 2015**.

                                 */s/ Jose R Carrion*
                                  *JOSE R CARRION*
                               CHAPTER 13 TRUSTEE
                               PO BOX 9023884,
                               OLD SAN JUAN STAT.
                               SAN JUAN PR  00902-3884
                               TEL (787) 977-3535

CLR                                      FAX (787) 977-3550

14-09256-BKT

MARIBELI GARCIA RIVERA


VERIFIED STATEMENT


   The undersigned, of legal age and as employee of Jose R. Carrion,
Chapter 13 Trustee Office, hereby certifies that on this same date, I
personally and duly notified a true and exact copy of the attached
motion to each party below listed.

       MARIBELI GARCIA RIVERA         PREPA
       PO BOX 137                     C/O MARIA T GORBEA
       GURABO, PR  00778              PO BOX 364267
                                      SAN JUAN, PR  00936-4267


       ROBERTO FIGUEROA CARRASQUILLO  MARIBELI GARCIA RIVERA
       PO BOX 186                     PO BOX 137
       CAGUAS, PR  00726-0186         GURABO, PR  00778



In San Juan, Puerto Rico this Friday, February 6, 2015.


                                  _____
                                    Chapter 13 Clerk